# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ANTONIO FIGUEROA  :
8417 Lake Waverly Drive  :
Orlando, FL 32829  :
                                      :
    Plaintiff  :
                                      :
vs.  :
                                      :
DEPARTMENT OF THE AIR FORCE  :
and DEPARTMENT OF DEFENSE  :
                                      :
    Defendants  :

## **COMPLAINT**

### **I - Parties and Jurisdiction**

1. This is an action to obtain records under the Freedom of Information Act, 5 U.S.C. §552 and Privacy Act, 5 U.S.C. § 552a.

2. Plaintiff is Antonio Figueroa, a retired member of the Puerto Rico Air National Guard (PRNG).

3. Defendants are the United States Department of Defense (DoD) and the Department of the Air Force (Air Force)

4. This Court has jurisdiction under 28 U.S.C. § 1331.

### **II – The Facts of the Case**

5. State national guards operate as a unitary entity but are composed of two

distinct legal components as defined in 32 U.S.C. § 101. One component is a state entity. The other is part of the reserve of the United States military.

6. In its capacity as a reserve component of the United States Department of Defense the PRNG is subject to the Freedom of Information Act and Privacy Act (FOI/P).

7. On August 15, 2017, Plaintiff submitted a FOI/P request to the PRNG. See Exhibit A.

8. The PRNG received the request on August 19, 2017. See Exhibit B.

9. The PRNG did not response to the request. Accordingly, Plaintiff filed an appeal to the National Guard Bureau (NGB). See Exhibit C.

10. The NGB responded to the appeal by referring the matter back to the PRNG. See Exhibit D.

11. Plaintiff then filed two further appeals. A Privacy Act appeal was filed to the NGB Chief Counsel pursuant to 32 C.F.R. § 329.5. See Exhibit E. A. FOIA appeal was filed with the Office of the Chief Management Officer pursuant to 32 C.F.R. § 286.11. See Exhibit F.

12. Only the Chief Information Officer responded to the appeal and he transferred the matter to an Army office. See Exhibit G. No further response has been received on the appeal.

13. Meanwhile, the PRNG has acknowledged receiving Plaintiff's FOI/P

request in its capacity as a federal agency and it assigned it a case number. However, it has taken no other action.  See Exhibit H.

### III – Cause of Action and Relief

14. Plaintiff has a cause of action against Defendants under 5 U.S.C. §§552 and 552a because Defendants have not substantively responded to Plaintiff's FOI/P request.

15. Plaintiff has exhausted his administrative remedies.

WHEREFORE, Plaintiff prays that this Honorable Court:

a.    Order Defendants to release the requested documents on a timely basis;

b.    Award Plaintiff attorney fees and costs.

Respectfully submitted
*s/ Jason W. Manne*
Jason W. Manne
Attorney at Law
DC Bar No. 1018840

Dated: June 13, 2018
Manne Law Office
P.O. Box 81860
Pittsburgh, PA 15217
Tel:  (724) 635-5718
Fax: (412) 421-8571
Email: JManne@lawmanne.com